UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-910 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA L. GRAGE,<br>Defendant. | ) | **ORDER OF DISMISSAL** |

The above-captioned matter came on before the undersigned Judge of the United States District Court for the District of Minnesota pursuant to a Stipulation for Compromise Settlement and Confession of Judgment negotiated between the parties to this action. This matter having been settled,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, and without cost to any party.

DATED: May 22, 2000

ANN D. MONTGOMERY
U.S. DISTRICT COURT JUDGE

FILED MAY 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____